# Affidavit of Service

**Court:** United States District Court, District of New York
**Case#:** 07 Civ. 6892 Brieant
**Documents Served:** Summons and Complaint
**Entity Served:** BNA Financial Services, Inc.
**Manner of Service:** Corporate
**Person Served:** Chekia Edmond   **Title:** Administrative Assistant
**Description of Person Served:** Black Female, 40 years old, 5'4" 170 Pounds
**Address where Served:** 8000 Safari Drive, Smyrna, TN 37167
**Date of Service:** 8/2/2007
**Time of Service:** 2:15 PM

I, Jeff Fowler, of Tennessee Investigations, 316 West Lytle St. Suite 207, Murfreesboro, TN 37130, did deliver in the manner described above the documents specified above.

I certify that I am not a party to the above cited action, and that I am over 21 years of age.

Served by:

_____        _____8/2/07_____
                                                                    Date

STATE OF TENNESSEE
COUNTY OF RUTHERFORD

Personally appeared before me, the undersigned authority, a Notary Public in and for the State and County aforesaid, Jeff Fowler, the within named, with whom I am personally acquainted, (or proved to me on the basis of satisfactory evidence), and he acknowledged that he executed the within instrument for the purposes therein contained.

WITNESS MY HAND and official seal on this the 2nd day of August, 2007.

_____
NOTARY PUBLIC

Expires: January 24, 2009

My Commission Expires JAN. 24, 2009