UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BENJAMIN CHAFETZ

        Plaintiff,

  -against-

BNA FINANCIAL SERVICES, INC.

        Defendant.

------------------------------------------------------x

NOTICE OF DISCONTINUANCE
& order

07 Civ. 6829 (CLB)

IT IS HEREBY STIPULATED, by the undersigned attorney for the Plaintiff, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated: August 22, 2007
       Uniondale, New York

_____
Abraham Kleinman (AK-6300)
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile  (888) 903-8400

SO ORDERED:

_____
Charles Brieant
U.S.D.J.

dated: August 29, 2007